*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
TANG, LAWRENCE, and KASPRZYK,
Appellate Military Judges

_____

**UNITED STATES**
Appellee

**v.**

**Charles A. CRABB**
Petty Officer Third Class (E-4), U.S. Navy
Appellant

**No. 201900192**

Decided: 29 January 2020.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judge: Commander Ryan J. Stormer, JAGC, USN. Sentence adjudged 11 February 2019 by a general court-martial convened at the Washington Navy Yard, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: confinement for thirty months, reduction to E-1 and a dishonorable discharge.

For Appellant: Commander C. Eric Roper, JAGC, USN.

For Appellee: Brian K. Keller, Esq.

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court